**Opinion issued May 27, 2021**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-21-00004-CV

_____

## MICHAEL POTTS, Appellant

## V.

## CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC, Appellee

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-05943**

---

## MEMORANDUM OPINION

Appellant, Michael Potts, has neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* Tex. GOV'T CODE ANN. §§ 51.207, 51.851(b), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before

the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158. On January 26, 2021, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by February 25, 2021. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On March 16, 2021, appellant was notified that this appeal was subject to dismissal if appellant did not submit written evidence that he had paid or made arrangements to pay the fee for the preparation of the clerk's record by April 15, 2021. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Guerra, and Farris.